## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA

### Case No.: 3:23-cv-00147-WWB-JBT

ANTHONY CROTHERS,

                Plaintiff,

   vs.

BLUM HEALTH PLLC, a Florida
limited liability company, and
NATHALIE BLUM, an individual,

                Defendants.

### STIPULATION FOR ENTRY OF FINAL JUDGMENT AND PERMANENT INJUNCTION

Plaintiff ANTHONY CROTHERS ("Crothers") and Defendants BLUM HEALTH PLLC ("Blum Health") and NATHALIE BLUM ("Blum") (wherein Blum Health and Blum are collectively referred to herein as "Defendants") (wherein Crothers and Defendants are collectively referred to herein as "the Parties"), hereby stipulate to the entry of the following Final Judgment and Permanent Injunction and agree as follows:

      1.    This Court has jurisdiction over the Parties and over the subject matter of this action, and venue is proper.

      2.    Crothers is engaged in the marketing, offering, and rendering of chiropractic services throughout the United States, including the State of Florida.

      3.    Crothers owns trademark rights in the DOC TONY trademark, as evidenced, in part, by his registration in the United States Patent and Trademark

Office—namely, U.S. Trademark Reg. No. 6,079,316 ("the '316 Registration") on the Principal Register for the standard character mark DOC TONY ("the Registered Mark") in connection with "Chiropractic Services; Chiropractic services for individuals suffering from injuries or exacerbation of previous conditions; Chiropractics; Physical therapy evaluation, identification, and management of movement dysfunction to restore, maintain, and promote optimal physical function preventing the onset, symptoms and progression of impairments, functional limitations, and disabilities resulting from disease, disorders, conditions, or injuries; Providing information relating to chiropractics" in International Class 044 ("the Registered Services"). The '316 Registration is valid, subsisting and constitutes conclusive evidence of Crothers' exclusive right to use the Registered Mark. 15 U.S.C. § 1115(b).

4.    Since as early as 2011, Dr. Crothers has invested extensive capital, effort, time, and resources in building the brand, reputation, and consumer goodwill of his business and the Registered Mark. Based upon the continuous and substantially exclusive use of the Registered Mark in commerce, and as a consequence of Crothers' extensive advertising, promotion and sale of the Registered Services, the Registered Mark has become strong and is distinctive of the Registered Services in the minds of the consuming public.

5.    The public recognizes the Registered Mark as representing the quality and value of the Registered Services, identifying the Registered Services as

emanating from a single source, and distinguishing the Registered Services from other services marketed and provided by other sources.

6.      Crothers has developed and acquired a valuable reputation in the minds of the consuming public in connection with his services advertised under the Registered Mark and has enjoyed the goodwill associated therewith.

7.      Crothers filed his Complaint on February 8, 2023, alleging, *inter alia*, claims for trademark infringement, trademark counterfeiting, false designation of origin, unfair competition, unauthorized use of name or likeness, and common law misappropriation of name or likeness under Federal and/or Florida state law based on Defendants' unauthorized marketing, sale, offering, and rendering of chiropractic services under or in connection with the Registered Mark.

8.      Defendants and their officers, agents, servants, employees, attorneys, successors and assigns and all persons in active concert or participation with any of them, individually or collectively, shall be immediately and permanently enjoined from:

> a. Using the "DOC TONY'" Registered Mark, or any other name or mark likely to cause confusion with the "DOC TONY" Registered Mark, in connection with the advertisement, sale, rendering, or offering of any chiropractic (or related) goods or services;
>
> b. Using the "DOC TONY" Registered Mark in any digital, print, or online advertisements, search engine optimization, banners, labels, signs, prints, packages, or other promotional or sales

materials;

c.  Doing any other act or thing likely to confuse, mislead or deceive others into believing that Defendants' goods or services emanate from, or are connected with, sponsored by or approved by Crothers;

d.  Placing the "Doc Tony" Registered Mark or any colorable imitation thereof on any advertisements or counterfeit or infringing goods, labels, signs, prints, packages, wrappers receptacles, advertisements or other printed materials; and

e.  Assisting, aiding, or abetting any person or entity in engaging in any of the activity prohibited in paragraphs (a) through (d) above.

9.    Pursuant to Local Rule 3.05, Defendants concede the existence of the foregoing stipulation, which has been confirmed in writing in the Parties' mediated settlement agreement.

10.    The foregoing Permanent Injunction reflects and tracks the language of the Preliminary Injunction that was consented to by the Defendants and entered by the Court earlier in this proceeding, *see* ECF No. 24.

11.    The Court has authority to enter this stipulated/consented Final Judgment and Permanent Injunction because it is not unconstitutional, unlawful, unreasonable, or contrary to public policy. *See, e.g.*, *Stovall v. City of Cocoa, Fla.*, 117 F.3d 1238, 1240 (11th Cir. 1997) ("District courts should approve consent decrees so long as they are not unconstitutional, unlawful, unreasonable, or contrary to public

policy."); *SEC v. Fernandez*, 2021 U.S. Dist. LEXIS 185884, *6 (M.D. Fla. Sept. 28, 2021) (citing Middle District cases which entered substantially similar final judgments upon consent which incorporated earlier judgments of permanent injunction); *Ferrara Candy Co. v. Akimov, LLC*, 2022 U.S. Dist. LEXIS 201724 (S.D. Fla. Oct. 27, 2022) (granting and entering stipulation for entry of final judgment, including permanent injunction, in substantially the same language as that set forth herein).

12.      The Parties agree and respectfully request that the foregoing Stipulation of Final Judgment and Permanent Injunction may be entered by the Court.

13.      The Parties also request the Court dismiss the case with prejudice, with each party to bear its own attorney's fees and costs, but reserve jurisdiction to enforce the terms of the mediated settlement agreement between the Parties and this Stipulated Final Judgment and Permanent Injunction.

**SO STIPULATED.**

Dated: June 17, 2024                    Respectfully submitted,


s/Mark Christopher Johnson             /s/ Felecia Leann Walker
Mark Christopher Johnson               Felecia Leann Walker, Esq.
Florida Bar No. 84365                  Florida Bar No. 22356
MJ@johnsondalal.com                    fwalker@edwardsedwardslaw.com
Johnson Dalal                          Edwards & Edwards, PA
111 N. Pine Island Road                6620 Southpoint Drive S.
Suite 105                              Suite 200
Plantation, FL 33324                   Jacksonville, FL 32216
Phone: (954) 507-4500                  Phone: (904) 222-0829

*Counsel for Plaintiff*                *Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on June 17, 2024, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I further certify that a true and correct copy of the foregoing is being served this day on all parties and counsel of record, via transmission of Notices of Electronic Filing generated by CMF/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive Notices of Electronic Filing.

Dated: June 17, 2024                       Respectfully submitted,

                                           /s/Mark C. Johnson
                                           Mark C. Johnson
                                           Florida Bar No. 84365
                                           MJ@johnsondalal.com
                                           JOHNSON DALAL
                                           111 N. Pine Island Road, Suite 105
                                           Plantation, FL 33324
                                           Phone: (954) 507-4500

                                           *Counsel for Plaintiff*